# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT K. SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-588-DRH ) |
| UNITED STATES SECRET SERVICE, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Plaintiff's motions to voluntarily dismiss this action (Docs. 4 and 5). Rule 41(a) of the Federal Rules of Civil Procedure provides that Plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party files an answer or a motion for summary judgment. In this case, the defendant has not been served and, therefore, no answer or motion to dismiss has been filed by the opposing party. Accordingly, Plaintiff's motions to voluntarily dismiss this action (Docs. 4 and 5) are **GRANTED**, All other pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

**DATED:** February 3, 2009.

/s/ *David R Herndon*
**DISTRICT JUDGE**